ORIGINAL

FILED

04/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0009

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0009

_____

IN RE THE MARRIAGE OF:

BENJAMIN MARTIN,

    Co-Petitioner and Appellant,

and

BRANDI WILLIAMS (f/K/a MARTIN),

    Co-Petitioner and Appellee.

_____

FILED

APR 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Benjamin Martin has filed a motion to voluntarily dismiss his appeal. Good cause appearing,

IT IS HEREBY ORDERED that this appeal is DISMISSED with prejudice.

DATED this 7th day of April, 2023.

For the Court,

_____
Chief Justice